**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**COREY FORD,,**

   **Plaintiff,**

 v.

**9:12-CV-1109
(TJM/TWD)**

**JOSEPH T. SMITH, NEVILLE ANDREWS,**

   **Defendants.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**THOMAS J. McAVOY**
**Senior United States District Judge**

## DECISION and ORDER

**I. INTRODUCTION**

  This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Thérèse Wiley Dancks, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule N.D.N.Y. 72.3(c). In her January 16, 2014 Report-Recommendation and Order (Dkt. No. 44), Magistrate Judge Dancks recommends that Defendants' motion for summary judgment (Dkt. No. 39) be granted and Plaintiff's motion for summary judgment (Dkt. No. 33) be denied as moot. No objections to the Report-Recommendation and Order have been filed, and the time to do so has expired.

**II. DISCUSSION**

  After examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

**III. CONCLUSION**

Accordingly, the Court **ADOPTS** the Report-Recommendation and Order for the reasons stated therein. Defendants' motion for summary judgment (Dkt. No. 39) is **GRANTED**, and Plaintiff's motion for summary judgment (Dkt. No. 33) is **DENIED** as moot.

**IT IS SO ORDERED**

**Dated:** February 19, 2014

_____
Thomas J. McAvoy
Senior, U.S. District Judge